## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STADFORD R. JOHNSON, | ) |
|       Plaintiff, | ) |
| -vs- | )  NO. 11-1088-SCW |
| JOHN P. GOLLIHER, MICHAEL CHEKEVDIA, JENNIFER WILSON, CATHY HUTCHISON, UNKNOWN PARTY, CHARLES ROBERTSON, and GREGORY W. DEJARNETT, | ) |
|       Defendants. | ) |

Defendant Unknown Party was dismissed on February 7, 2014 by the filing of the Amended Complaint (Doc. 67).

Defendants Michael Chekevdia, Jennifer Wilson, Cathy Hutchison, Charles Robertson and Gregory W. Dejarnett were granted summary judgment on October 6, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 79).

The remainder of the case came before this Court for jury trial. The issues have been tried and the jury has rendered its verdict in favor of Defendant John P. Golliher and against Plaintiff Stadford R. Johnson.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants **JOHN P. GOLLIHER, MICHAEL CHEKEVDIA, JENNIFER WILSON, CATHY HUTCHISON, CHARLES ROBERTSON and GREGORY W. DEJARNETT** and against plaintiff **STADFORD R. JOHNSON.**

Plaintiff shall take nothing from this action.

**DATED**: March 11, 2015

                                **JUSTINE FLANAGAN ACTING CLERK**

                                **BY: s/Angela Vehlewald**
                                    **Deputy Clerk**

**Approved by**    *s//Stephen C. Williams*
          **United States Magistrate Judge**
                **Stephen C. Williams**